**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ District of _____
(State)

Case number (*If known*): _____ Chapter 15

❑ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

1. **Debtor's name**  _____

2. **Debtor's unique identifier**

   **For non-individual debtors:**

   ❑ Federal Employer Identification Number (EIN)  ___ ___ – ___ ___ ___ ___ ___ ___ ___

   ❑ Other _____. Describe identifier _____.

   **For individual debtors:**

   ❑ Social Security number:   xxx – xx– ____ ____ ____ ____

   ❑ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ____ ____ ____ ____

   ❑ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**  _____

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  _____

5. **Nature of the foreign proceeding**

   *Check one:*

   ❑ Foreign main proceeding
   ❑ Foreign nonmain proceeding
   ❑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ❑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ❑ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ❑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   _____
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ❑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ❑ Yes

Debtor _____  Case number (*if known*)_____
       Name

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

_____

**Debtor's registered office:**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**Individual debtor's habitual residence:**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**10. Debtor's website** (URL) _____

**11. Type of debtor**

*Check one:*

❑ Non-individual (*check one*):

    ❑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ❑ Partnership

    ❑ Other. Specify: _____

❑ Individual

| Debtor | Eastern Continental Mining and Development Ltd. | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

☒ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
Debtor consistently conducts business with Delaware entities in the United States. There is no other venue that is more convenient.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X /s/ [signature]                                          Ninos Koumettou
Signature of foreign representative                        Printed name

Executed on  01/18/2016
             MM / DD / YYYY

X _____                          _____
Signature of foreign representative                        Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

X /s/ Kevin S. Mann                                        Date  01/18/2016
Signature of Attorney for foreign representative                 MM / DD / YYYY

Kevin S. Mann
Printed name
Cross & Simon, LLC
Firm name
1105          N. Market Street, Suite 901
Number        Street
Wilmington                                                 DE            19801
City                                                       State         ZIP Code

302-777-4200                                               kmann@crosslaw.com
Contact phone                                              Email address

4576                                                       DE
Bar number                                                 State

The Insolvency Act 1986 and the Companies Act 1985                                    2412

Company Limited by Shares

                                                                                      07256223

**SPECIAL RESOLUTION**
(Pursuant to Section 307 (4) of the Companies Act 2006 and 84(1)(b) and 100 of the Insolvency Act 1986).

of Eastern Continental Mining and Development Limited

Passed - 13 January 2016

At a General Meeting of the members of the above named company, duly convened and held at 1 King's Avenue, Winchmore Hill, London, N21 3NA, on 13 January 2016 the following resolutions were duly passed, number 1 as a Special Resolution and number 2 as an Ordinary Resolution;

1. That the company be wound up voluntarily

2. That Ninos Koumettou of Alexander Lawson Jacobs, 1 Kings Avenue, Winchmore Hill, London, N21 3NA, be hereby appointed Liquidator for the purpose of winding up the Company's affairs and distributing its assets.

Signed _____

Lawrence Dean Deneault
Chairman

Presented for filing by:-

AlexanderLawsonJacobs
1 Kings Avenue
Winchmore Hill
London, N21 3NA

Presenter's reference:-

EA31617

Our Ref:     EA31617

Date:        13 January 2016



To Whom It May Concern

Dear Sirs,

**Eastern Continental Mining and Development Limited**

I confirm that I am, as required by the Insolvency Act 1986, a Licensed Insolvency Practitioner duly qualified to act as the liquidator of the above company and consent to act as such.

I also confirm that I hold a valid certificate of floating cover.

Yours faithfully,

Ninos Koumettou FCA, FCCA, FABRP
LICENCED INSOLVENCY PRACTITIONER

(Licensed to act as an Insolvency Practitioner in the UK
by The Institute of Chartered Accountants in England and Wales)

Chartered Accountants | Corporate Recovery & Insolvency Specialists
1 Kings Avenue  Winchmore Hill  London  N21 3NA
T +44 (0) 20 8370 7250  F +44 (0) 20 8370 7251  DX 36953 Winchmore Hill
E info@aljuk.com  www.aljuk.com

The affairs, business and property of a company in Administration are managed by the Administrator, who acts as an agent of the company over which he is appointed at all times and without personal liability.
Alexander Lawson Jacobs, ALJ and ALJUK are trading names of Alexander Lawson Jacobs Ltd.
Company registered in England No 5814561. Registered office as above.




# NOTICE PARTIES

**(A) All persons or bodies authorized to administer foreign proceedings of the Debtor:**

Ninos Koumettou
Alexander Lawson Jacobs
1 Kings Avenue
London N21 3NA
England

**(B)  All parties to litigation pending in the United States in which the Debtor is a party at the time of filing of the Petition:**

Philip Joel Kessler, Esq.
Thompson & Knight, LLP (NYC)
900 Third Avenue
New York, NY 10022-3915

Amy Adrienne Lehman, Esq.
Karlinsky LLC
1500 Broadway, 8th Floor
New York, NY 10022

Gabrielle Elise Farina , Esq.
Thompson & Knight, LLP (NYC)
900 Third Avenue
New York, NY 10022-3915

George F. Hritz, Esq.
Kaplan Fox & Kilsheimer, LLP
850 Third Avenue
New York, NY 10022

Philip J. Kessler, Esq.
Honigman Miller Schwartz and Cohn, LLP
660 Woodward Ave, Ste 2290
Detroit, MI 48226

Andy S. Oh, Esq.
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036

Ronald Gustav Blum, Esq.
Manatt, Phelps & Phillips, LLP(NYC)
7 Times Square
New York, NY 10019

Samantha Jill Katze, Esq.
Manatt, Phelps & Phillips, LLP(NYC)
7 Times Square
New York, NY 10019

David B. Gordon , Esq.
Mitchell Silberberg & Knupp LLP (NY)
12 East 49th Street, 30th Floor
New York, NY 10017

Mr. Ian Subel
13078 Dressage Lane
San Diego, CA 92130-3729

Mr. Ronald G. Simmers
1818 Crestlyn Road
York, PA 17403

Signet Group LLC
7115 Penrose Circle
Westwood, New Jersey 07675

The Seaport Group
360 Madison Avenue
New York, New York 10017

Cygnus LS, LLC
c/o Capitol Services, Inc.
1675 S State St., Ste B
Dover, DE 19901


**(C) All entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.**

See item B above.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| Eastern Continental Mining and | ) | |
| Development Ltd., | ) | Case No.: 16-_____ |
| | ) | |
| Debtor. | ) | |

## STATEMENT OF CORPORATE OWNERSHIP

I, Ninos Koumettou, Liquidator and Foreign Representative of Eastern Continental Mining and Development, Ltd., named as the debtor in this case (the "Debtor"), hereby state pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1 that no corporations directly or indirectly own 10% or more of any class of the Debtor's equity interests.

Date: January 18, 2016

_____
Ninos Koumettou
Liquidator and Foreign Representative