IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| Eastern Continental Mining and | ) | |
| Development Ltd., | ) | Case No.: 16-_____ |
| | ) | |
| Debtor. | ) | |

## STATEMENT OF NINOS KOUMETTOU IN SUPPORT OF CHAPTER 15 PETITIONS FOR RECOGNITION OF FOREIGN PROCEEDING

I, Ninos Koumettou, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States, as follows:

1. I am the managing director of Alexander Lawson Jacobs and have been appointed as the Liquidator of the above-captioned debtor (the "Debtor") in a proceeding (the "UK Proceeding") commenced under the United Kingdom's Insolvency Rules 1986.

2. I respectfully submit this statement, as required under section 1515(c) of title 11 of the United States Code, (the "Bankruptcy Code") in support of the verified petition filed by me seeking recognition by this Court of the UK Proceeding as a foreign main proceeding.

3. Pursuant to the requirements of section 1515(c) of the Bankruptcy Code, to my knowledge, the UK Proceeding is the only insolvency proceeding of any kind pending with respect to the Debtor and, thus, is the only known "foreign proceeding" with respect to the Debtor as that term is defined in section 101(23) of the Bankruptcy Code. The only entity subject to the UK Proceeding is the Debtor.

4.    I declare under penalty of perjury under the laws of the United States of America that, based upon my knowledge, information and belief as set forth herein, the foregoing is true and correct.

Date: January 18, 2016

Respectfully submitted,

_____
Ninos Koumettou
Liquidator and Foreign Representative