**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| Eastern Continental Mining and | ) | |
| Development Ltd., | ) | Case No.: 16-10121 (BLS) |
| | ) | |
| Debtor. | ) | |

**AGENDA FOR FIRST DAY HEARING**
**AND INDEX OF FIRST DAY PLEADINGS**

**DATE AND TIME OF HEARING:** JANUARY 20, 2016 AT 8:45 A.M. (EASTERN)

**LOCATION:** UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM 1, WILMINGTON, DELAWARE 19801

**VOLUNTARY PETITION**

1. Voluntary Chapter 15 Petition Package

    a. Chapter 15 Petition for Recognition of a Foreign Proceeding [D.I. 1; Filed: 1/18/2016].

**DECLARATIONS IN SUPPORT OF FIRST DAY MOTIONS**

2. Statement of Ninos Koumettou in Support of Chapter 15 Petitions for Recognition of Foreign Proceeding [D.I. 3; Filed: 1/18/2016];

3. Declaration of Ninos Koumettou in Support of Verified Petition for (I) Recognition of Foreign Main Proceeding and (II) Certain Related Relief [D.I. 6; Filed: 1/18/2016].

**FIRST DAY PLEADINGS**

4. Motion for Order Scheduling Hearing and Specifying the Form and Manner of Service of Notice [D.I. 4; Filed: 1/18/2016].

    Status: This matter is going forward.

5. Motion of Ninos Koumettou, as Foreign Representative of Eastern Continental Mining and Development Ltd., for an Order Granting Certain Provisional Relief [D.I. 5; Filed: 1/18/2016].

    <u>Status</u>:    This matter is going forward.

6. Verified Petition of Ninos Koumettou, as Foreign Representative of Eastern Continental Mining and Development Ltd., for (I) Recognition of Foreign Main Proceeding and (II) Certain Related Relief [D.I. 2; Filed 1/18/2016];

    <u>Status</u>:    This matter will go forward on a date to be determined by the Court.

Dated: January 19, 2016  
Wilmington, Delaware

**CROSS & SIMON, LLC**

By: */s/ Kevin S. Mann*  
Christopher P. Simon (No. 3697)  
Kevin S. Mann (No. 4576)  
1105 N. Market St., Suite 901  
Wilmington, DE 19801  
(302) 777-4200  
csimon@crosslaw.com  
kmann@crosslaw.com

*Counsel for the Foreign Representative*